UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pan-Hellenic Food of N.Y. Corp. et al,

Plaintiff,

v.

Rowell Produce LLC et al.,

Defendants.

25-CV-10117 (DEH)

ORDER

DALE E. HO, United States District Judge:

Upon the motion of plaintiffs Pan-Hellenic Food of N.Y. Corp. ("Pan-Hellenic") and C and J Brothers, Inc. ("C&J") (Pan-Hellenic and C&J collectively, "Plaintiffs"), the accompanying declarations of Gregory Brown, counsel for Plaintiff dated February 4, 2026, Nicholas Varvatsoulis, Treasurer of Pan-Hellenic, dated February 3, 2026 and Matthew Park, President of C&J, dated February 3, 2026, the exhibits annexed thereto, the Clerk's Certificate of Default, and the supporting memorandum of law submitted therewith, which demonstrate that: defendants Rowell Produce LLC ("Rowell") and Wellintong Miguel Mejia Romero ("Mejia") (Rowell and Mejia collectively, "Defendants") failed to plead or otherwise defend this action; Defendants, jointly and severally, owe Plaintiffs a debt.

As stated on the record, the Court **GRANTS** the Motion for Default Judgment and refers the motion to the assigned magistrate judge for an inquest on damages. The Clerk of Court is respectfully directed to terminate ECF No. 13.

SO ORDERED.

Dated: February 26, 2026
        New York, New York

_____
        DALE E. HO
        United States District Judge